Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | John | Anthony | Gatell |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern | District of | Georgia (State) |
| Case number (If known) | 20-65927 | | |

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B* ...................................................... $141,823.00

   1b. Copy line 62, Total personal property, from *Schedule A/B* ............................................ $13,870.00

   1c. Copy line 63, Total of all property on *Schedule A/B*..................................................... $155,693.00

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of *Schedule D*    $13,139.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ............................    $1,000.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ........................    $11,974.00

   **Your total liabilities**    $26,113.00

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*........................................................    $2,977.00

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22, Column A, of *Schedule J*................................................    $2,427.00

| Debtor 1 | John | Anthony | Gatell | Case number *(if known)* 20-65927 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 4: Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes.

**7. What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** Consumer debts are those incurred by an individual primarily for a personal, family, or household purpose. 11 U.S.C. § 101(8). Fill out lines 8-10 for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8.** From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.    $0.00

**9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| From Part 4 on Schedule E/F, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $1,000.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d. Student loans. (Copy line 6f.) | $0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | $0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $1,000.00 |

Fill in this information to identify your case:

Debtor 1: John Anthony Gatell
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Northern District of Georgia
(State)

Case number: 20-65927
(If known)

☐ Check if this is an amended filing

## Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Part 1: Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____    *Attach Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ /s/ John Gatell                                    ✗ _____
Signature of Debtor 1                                 Signature of Debtor 2

Date  6/18/2020                                       Date  _____
     MM/DD/YYYY                                            MM/DD/YYYY

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | John | Anthony | Gatell |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern | District of Georgia | |
| | | | (State) |
| Case number (If known) | 20-65927 | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income                                                                                                12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 |
|---|---|---|
| Employment status | ☐ Employed<br>☒ Not Employed | ☐ Employed<br>☐ Not Employed |
| Occupation | | |
| Employer's name | | |
| Employer's address | | |
| | Number Street | Number Street |
| | | |
| | City    State    Zip Code | City    State    Zip Code |
| How long employed there? | | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | 2.    $0.00 | |
| 3. | **Estimate and list monthly overtime pay.** | 3.   + $0.00 | |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4.    $0.00 | |

*[signature: J Gatell]*

Official Form 106I                               **Schedule I: Your Income**                                page 1

Doc ID: 3a75d49d064b75491f80bf481532a00eefbfe307

Debtor 1  John          Anthony          Gatell                Case number *(if known)*  20-65927
          First Name    Middle Name      Last Name

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 4. Copy line 4 here → | $0.00 | |
| **5. List all payroll deductions:** | | |
| 5a. **Tax, Medicare, and Social Security deductions** | $0.00 | |
| 5b. **Mandatory contributions for retirement plans** | $0.00 | |
| 5c. **Voluntary contributions for retirement plans** | $0.00 | |
| 5d. **Required repayments of retirement fund loans** | $0.00 | |
| 5e. **Insurance** | $0.00 | |
| 5f. **Domestic support obligations** | $0.00 | |
| 5g. **Union dues** | $0.00 | |
| 5h. **Other deductions.** Specify: _____ | + $0.00 + | |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | $0.00 | |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | $0.00 | |
| **8. List all other income regularly received:** | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | $0.00 | |
| 8b. **Interest and dividends** | $0.00 | |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | $0.00 | |
| 8d. **Unemployment compensation** | $0.00 | |
| 8e. **Social Security** | $2,352.00 | |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies Specify: Other Government Assistance Income | $625.00 | |
| 8g. **Pension or retirement income** | $0.00 | |
| 8h. **Other monthly income.** Specify: _____ | + $0.00 + | |
| 9. **Add all other income** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | $2,977.00 | |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse | $2,977.00 + | = $2,977.00 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____                                                                                          11. +     $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.    12.   $2,977.00
Write that amount on the *Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data*, if it applies
                                                                                                                        **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
[✓] No.
[ ] Yes. Explain: _____

Official Form 106I                    *Schedule I: Your Income*                                     page 2

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | John | Anthony | Gatell |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern | District of | Georgia |
| | | | (State) |
| Case number | 20-65927 | | |
| (If known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

# Official Form 106J

## Schedule J: Your Expenses                                             12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Your Household

**1. Is this a joint case?**

☒ No. Go to line 2

☐ Yes. **Does Debtor 2 live in a separate household?**

　☐ No

　☐ Yes. Debtor 2 must file Official Forms 106J-2, *Expenses for Separate Household of Debtor 2.*

**2. Do you have dependents?**  ☒ No

Do not list Debtor 1 and Debtor 2.

☐ Yes. Fill out this information for each dependent.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☒ No
☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 106I.)

|   |   | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. 4. | 4. | $0.00 |
| *If not included in line 4:* | | |
| 4a. Real estate taxes | 4a | $125.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $43.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $55.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $50.00 |

*/s/ J Gatell/*

Official Form 106J                           **Schedule J: Your Expenses**                           page 1

| Debtor 1 | John | Anthony | Gatell | Case number *(if known)* 20-65927 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | | Your expenses |
|---|---|---|---:|
| 5. **Additional mortgage payments for your residence,** such as home equity loans | | 5. | $0.00 |
| 6. **Utilities:** | | | |
|    6a. Electricity, heat, natural gas | | 6a. | $300.00 |
|    6b. Water, sewer, garbage collection | | 6b. | $150.00 |
|    6c. Telephone, cell phone, Internet, satellite, and cable services | | 6c. | $250.00 |
|    6d. Other. Specify: | | 6d | $0.00 |
| 7. **Food and housekeeping supplies** | | 7. | $600.00 |
| 8. **Childcare and children's education costs** | | 8. | $0.00 |
| 9. **Clothing, laundry, and dry cleaning** | | 9. | $100.00 |
| 10. **Personal care products and services** | | 10. | $100.00 |
| 11. **Medical and dental expenses** | | 11. | $54.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments | | 12. | $380.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $0.00 |
| 14. **Charitable contributions and religious donations** | | 14. | $0.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
|    15a. Life insurance | | 15a | $0.00 |
|    15b. Health insurance | | 15b | $0.00 |
|    15c. Vehicle insurance | | 15c | $220.00 |
|    15d. Other insurance. Specify: | | 15d | $0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16 | $0.00 |
| 17. **Installment or lease payments:** | | | |
|    17a. Car payments for Vehicle 1 | | 17a | $0.00 |
|    17b. Car payments for Vehicle 2 | | 17b | $0.00 |
|    17c. Other. Specify: | | 17c | $0.00 |
|    17d. Other. Specify: | | 17d | $0.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | | 18. | $0.00 |
| 19. **Other payments you make to support others who do not live with you.** Specify: | | 19. | $0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | | |
|    20a. Mortgages on other property | | 20a | $0.00 |
|    20b. Real estate taxes. | | 20b | $0.00 |
|    20c. Property, homeowner's, or renter's insurance | | 20c | $0.00 |
|    20d. Maintenance, repair, and upkeep expenses. | | 20d | $0.00 |
|    20e. Homeowner's association or condominium dues | | 20e | $0.00 |

| Debtor 1 | John | Anthony | Gatell | Case number *(if known)* 20-65927 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | | |
|---|---|---|---|
| 21. **Other.** Specify: _____ | | 21 | **$0.00** |
| 22. **Calculate your monthly expenses.** | | | **$2,427.00** |
| 22a. Add lines 4 through 21. | | | **$0.00** |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | | **$2,427.00** |
| 22c. Add line 22a and 22b. The result is your monthly expenses. | | 22. | |
| 23. **Calculate your monthly net income.** | | | |
| 23a. Copy line 12 (your combined monthly income) from Schedule I. | | 23a | **$2,977.00** |
| 23b. Copy your monthly expenses from line 22 above. | | 23b | **$2,427.00** |
| 23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income. | | 23c | **$550.00** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

[✓] No
[ ] Yes

> Explain here:

*[Signature: J Gatell]*

Official Form 106J                    **Schedule J: Your Expenses**                    page 3

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **John Anthony Gatell** | ) | |
| | ) | CASE NO. **20-65927-SMS** |
| | ) | |
| Debtor (s) | ) | JUDGE: **Sigler** |

**CERTIFICATE OF SERVICE**

    I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within amended schedules upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

**John Anthony Gatell**
945 City Park Drive
McDonough, GA 30252

**Mary Ida Townson**
Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave NE
Atlanta, GA 30303

Dated: June 22, 2020

                                                            /s / Emily Allen
                                                            Emily Allen
                                                            Attorney for the Debtor
                                                            GA Bar No.: 264387
                                                            The Semrad Law Firm, LLC.
                                                            Suite 2000
                                                            235 Peachtree St NE
                                                            Atlanta, GA 30303
                                                           (678)668-7165

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 20-65927-sms<br>Northern District of Georgia<br>Atlanta<br>Mon Jun 22 10:56:56 EDT 2020 | AZUMA LEA<br>2905 SAN GABRIEL<br>AUSTIN, TX 78705-3500 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Bank of the Ozarks<br>P.O. Box 8811<br>Little Rock, AR 72231-8811 | CAP1/WMT<br>PO BOX 30285<br>SALT LAKE CITY, UT 84130-0285 | CAPITAL ONE AUTO FINAN<br>PO Box 4360<br>Houston, TX 77210-4360 |
| CBNA<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | COMENITYBANK/VICTORIA<br>PO BOX 182789<br>COLUMBUS, OH 43218-2789 |
| CREDIT ONE BANK NA<br>PO BOX 98875<br>LAS VEGAS, NV 89193-8875 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| CarMax Auto Finance dba CarMax Business Serv<br>225 Chastain Meadows Court,<br>Suite 210<br>Kennesaw, GA 30144-5942 | CarMax Funding Services, LLC<br>CarMax Auto Finance<br>Attn: Bankruptcy Department<br>225 Chastain Meadows Court,  Ste 210<br>Kennesaw, GA 30144-5942 | Carmax Auto Finance<br>2040 THALBRO ST<br>Richmond, VA 23230-3200 |
| Department of Justice, Tax Division<br>75 Ted Turner Drive SW<br>Civil Trial Section, Southern<br>Atlanta, GA 30303-3315 | Vesela Z. Eminovska<br>The Semrad Law Firm<br>Suite 300<br>235 Peachtree Street NE<br>Atlanta, GA 30303-1404 | (p)FARMERS FURNITURE<br>ATTN CORPORATE CREDIT DEPT<br>PO BOX 1140<br>DUBLIN GA 31040-1140 |
| FIA CARD SERVICES<br>PO BOX 17054<br>WILMINGTON, DE 19850-7054 | FIRST PREMIER BANK<br>c/o Jefferson Capital Systems LLC PO Box<br>c/o Linda Dold<br>Saint Cloud, MN 56302 | Farmers Home Furniture-McDonough,GA<br>Attn: Corporate Credit Department<br>P.O. Box 1140<br>Dublin, GA 31040-1140 |
| GBS/FIRST ELECTRONIC B<br>PO BOX 4499<br>BEAVERTON, OR 97076-4499 | John Anthony Gatell<br>945 City Park Drive<br>McDonough, GA 30252-1026 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| HCCREDIT/FEB<br>PO BOX 829<br>SPRINGDALE, AR 72765-0829 | (p)HENRY COUNTY TAX COMMISSIONER<br>140 HENRY PARKWAY<br>MCDONOUGH GA 30253-6696 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service - Atl<br>401 West Peachtree St NW Room 1665<br>ATTN: Ella Johnson, M/S 334-D<br>Atlanta, GA 30308 | Brandi L. Kirkland<br>Mary Ida Townson, Ch. 13 Trustee<br>Suite 1600<br>285 Peachtree Center Ave, NE<br>Atlanta, GA 30303-1229 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |

| | | |
|---|---|---|
| MID ATLANTIC FINANCE C<br>4592 ULMERTON RD STE 200<br>CLEARWATER, FL 33762-4107 | NET CREDIT<br>175 W Jackson Blvd<br>Ste. 1000<br>Chicago, IL 60604-2863 | NetCredit<br>175 W Jackson Blvd<br>Suite 1000<br>Chicago, IL 60604-2863 |
| Office of the Attorney General - Atlanta<br>40 Capitol Sq Sw<br>Attn: Karrollanne K. Cayce<br>Atlanta, GA 30334-9057 | Office of the United States Trustee<br>75 Ted Turner Dr Sw<br>Atlanta, GA 30303-3315 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 |
| (p)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 | SYNCB/CARE CREDIT<br>PO BOX 960061<br>Orlando, FL 32896-0061 | SYNCB/CARECR<br>C/O PO BOX 965036<br>ORLANDO, FL 32896-0001 |
| SYNCB/CCPPBY<br>C/O PO BOX 965036<br>ORLANDO, FL 32896-0001 | SYNCB/WALMART<br>Po Box 530927<br>Atlanta, GA 30353-0927 | Special Assistant U.S. Attorney<br>401 W. Peachtree Street, NW, STOP 1000-D<br>Atlanta, GA 30308 |
| THD/CBNA<br>701 E 60th St N<br>Sioux Falls, SD 57104-0432 | Town Village Homeowners Association, Inc<br>303 Corporate Center Dr<br>Suite 300 A<br>Stockbridge, GA 30281-6303 | Mary Ida Townson<br>Chapter 13 Trustee<br>Suite 1600<br>285 Peachtree Center Ave, NE<br>Atlanta, GA 30303-1259 |
| United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | VERIZON WIRELESS<br>P.O. Box 660108<br>Dallas, TX 75266-0108 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CHASE BANK USA, NA<br>PO Box 15298<br>Wilmington, DE 19850 | FARMERS HOME FURNITURE<br>PO BOX 1140<br>DUBLIN, GA 31040 | Georgia Department of Revenue<br>COMPLIANCE DIVISION, ARCS - BANKRUPTCY<br>1800 CENTURY BLVD NE, SUITE 9100<br>Atlanta, GA 30345 |
| Henry County Tax Commissioner<br>140 Henry Parkway<br>Mcdonough, GA 30253 | REPUBLIC FINANCE<br>4450 Hugh Howell Rd Ste 15<br>Tucker, GA 30084 | (d)Republic Finance, LLC<br>282 Tower Rd<br>Ponchatoula, La 70454 |

End of Label Matrix
Mailable recipients     46
Bypassed recipients      0
Total                   46