**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **JOHN ANTHONY GATELL,** | ) | CASE NO. **20-65927-SMS** |
| | ) | |
| Debtor. | ) | |

**NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN,**
**DEADLINE FOR FILING WRITTEN OBJECTIONS,**
**AND HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED**

TO: Creditors and Other Parties in Interest:

PLEASE TAKE NOTICE that Debtor(s) has/have filed a proposed modification to the confirmed plan in this case, a copy of which modification you are receiving with this Notice or have received by mail. Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court before the following deadline.

DEADLINE FOR FILING OBJECTION: Twenty-four (24) days after the date on which this proposed Modification was filed. The proposed modification was filed on May 1, 2023. If the twenty-fourth day after the filing falls on a week-end or holiday, the deadline is extended to the next business day.

PLACE OF FILING:     Clerk, United States Bankruptcy Court
75 Ted Turner Drive, SW
Atlanta, GA 30303

If you mail an objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also serve a copy on the undersigned at the address stated below and on the Debtor at:

The Semrad Law Firm, LLC
Attn: Willie B. Smith
6125 Old National Highway
Suite 121
College Park, GA 30349

John Anthony Gatell
945 City Park Drive
McDonough, GA 30252

**PLEASE TAKE NOTICE** that John Anthony Gatell has filed Post-Confirmation Modification of Plan and related papers with the Court seeking an order approving the Modification of Plan.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the Modification of Plan at the following number: (toll-free number**: 833-568-8864;** access code **161 179 4270**, at **9:50 A.M.** on **June 20, 2023,** in Courtroom **1201 U. S. Courthouse 75 Ted Turner Drive, S.W. Atlanta, GA 30303.**

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: May 1, 2023

/s/
Willie B. Smith
GA Bar No.: 507412
The Semrad Law Firm, LLC
6125 Old National Highway
Suite 121
College Park, GA 30349
(678) 668-7165
**Attorney for the Debtor**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **JOHN ANTHONY GATELL,** | ) | CASE NO. **20-65927-SMS** |
| | ) | |
| Debtor. | ) | |

**POST-CONFIRMATION MODIFICATION OF PLAN AND**
**REQUEST FOR APPROVAL**

COMES NOW, John Anthony Gatell ("Debtor"), by and through undersigned counsel, and move this Honorable Court for the entry of an order modifying the Chapter 13 Plan post-confirmation. In support thereof, the Debtor states as follows:

**1.**

Debtor filed a Voluntary Petition for Bankruptcy relief under Title 11, Chapter 13 of the United States Code, on April 29, 2020. The Chapter 13 Plan was confirmed on August 19, 2020.

**2.**

Debtor hereby modifies Section 2.1 of the Chapter 13 Plan, as follows:

§ 2.1    Regular Payments to the trustee; applicable commitment period.

The applicable commitment period for the Debtors(s) as set forth in 11 U.S.C. § 1325(b)(4) is:

*Check one*:    ☒ 36 months    ☐ 60 months

Debtors(s) will make regular payments ("Regular Payments") to the trustee as follows:

The Debtors(s) will pay ~~**$550.00**~~ **$675.00** per **month** for the applicable commitment period. If the applicable commitment period is 36 months, additional Regular Payments will be made to the extent necessary to make the payments to creditors specified in this plan, not to exceed 60 months unless the Bankruptcy Court orders otherwise. If all allowed claims treated in § 5.1 of this plan are paid in full prior to the expiration of the applicable commitment period, no further Regular Payments will be made.

WHEREFORE Debtor prays:

a) That this "Post-Confirmation Modification of Plan and request for its Approval" be filed, read and considered;

b) That this Honorable Court grant this modification; and,

c) That this Honorable Court grants such other and further relief as it may deem just and proper.

Dated: May 1, 2023

/s/
Willie B. Smith
GA Bar No.: 507412
The Semrad Law Firm, LLC
6125 Old National Highway
Suite 121
College Park, GA 30349
(678) 668-7165
**Attorney for the Debtor**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **JOHN ANTHONY GATELL,** | ) | CASE NO. **20-65927-SMS** |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within Post-Confirmation Modification of Plan and Request for Approval upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

John Anthony Gatell
945 City Park Drive
McDonough, GA 30252

*[See attached for additional parties served]*

I further certify that, by agreement of parties, K. Edward Safir, Standing Chapter 13 Trustee, was served via ECF.

Dated: May 1, 2023

/s/
Willie B. Smith
GA Bar No.: 507412
The Semrad Law Firm, LLC
6125 Old National Highway
Suite 121
College Park, GA 30349
(678) 668-7165
**Attorney for the Debtor**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 20-65927-sms<br>Northern District of Georgia<br>Atlanta<br>Mon May  1 14:39:23 EDT 2023 | AZUMA LEA<br>2905 SAN GABRIEL<br>AUSTIN, TX 78705-3500 | Emily Camille Allen<br>The Semrad Law Firm<br>Suite 300<br>235 Peachtree Street NE<br>Atlanta, GA 30303-1404 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Bank of the Ozarks<br>P.O. Box 8811<br>Little Rock, AR 72231-8811 | CAP1/WMT<br>PO BOX 30285<br>SALT LAKE CITY, UT 84130-0285 |
| CAPITAL ONE AUTO FINAN<br>PO Box 4360<br>Houston, TX 77210-4360 | CBNA<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| COMENITYBANK/VICTORIA<br>PO BOX 182789<br>COLUMBUS, OH 43218-2789 | CREDIT ONE BANK NA<br>PO BOX 98875<br>LAS VEGAS, NV 89193-8875 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Capital One N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | (p)CARMAX AUTO FINANCE<br>225 CHASTAIN MEADOWS CT<br>KENNESAW GA 30144-5942 | Carmax Auto Finance<br>2040 THALBRO ST<br>Richmond, VA 23230-3200 |
| Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | (p)U S  DEPARTMENT OF JUSTICE  TAX DIVISION<br>CIVL TRIAL SECTION SOUTHERN REGION<br>P O BOX 14198<br>WASHINGTON DC 20044-4198 | Vesela Z. Eminovska<br>The Semrad Law Firm<br>Suite 300<br>235 Peachtree Street NE<br>Atlanta, GA 30303-1404 |
| (p)FARMERS FURNITURE<br>ATTN CORPORATE CREDIT DEPT<br>PO BOX 1140<br>DUBLIN GA 31040-1140 | FIA CARD SERVICES<br>PO BOX 17054<br>WILMINGTON, DE 19850-7054 | FIRST PREMIER BANK<br>c/o Jefferson Capital Systems LLC PO Box<br>c/o Linda Dold<br>Saint Cloud, MN 56302 |
| Farmers Home Furniture-McDonough,GA<br>Attn: Corporate Credit Department<br>P.O. Box 1140<br>Dublin, GA 31040-1140 | GBS/FIRST ELECTRONIC B<br>PO BOX 4499<br>BEAVERTON, OR 97076-4499 | John Anthony Gatell<br>945 City Park Drive<br>McDonough, GA 30252-1026 |
| Georgia Department of Revenue<br>40 Capital Sq. SW<br>Atlanta, GA 30334-1300 | Albert Clark Guthrie<br>K. Edward Safir, Standing Chapter 13 Tru<br>Suite 1600<br>285 Peachtree Center Ave, NE<br>Atlanta, GA 30303-1229 | HCCREDIT/FEB<br>PO BOX 829<br>SPRINGDALE, AR 72765-0829 |
| Kimberly E. Hall<br>Law Office of Kimberly Hall<br>P. O. Box 2538<br>Calhoun, GA 30703-2538 | (p)HENRY COUNTY TAX COMMISSIONER<br>140 HENRY PARKWAY<br>MCDONOUGH GA 30253-6696 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |

| | | |
|---|---|---|
| Internal Revenue Service - Atl<br>401 West Peachtree St NW Room 1665<br>ATTN: Ella Johnson, M/S 334-D<br>Atlanta, GA 30308 | Brandi L. Kirkland<br>K. Edward Safir, Chapter 13 Trustee<br>285 Peachtree Center Ave., Ste. 1600<br>Atlanta, GA 30303-1229 | Araba Andoh Kwofie<br>The Semrad Law Firm, LLC<br>Suite 300<br>235 Peachtree Street NE<br>Atlanta, GA 30303-1404 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MID ATLANTIC FINANCE C<br>4592 ULMERTON RD STE 200<br>CLEARWATER, FL 33762-4107 | NET CREDIT<br>175 W Jackson Blvd<br>Ste. 1000<br>Chicago, IL 60604-2863 |
| NetCredit<br>175 W Jackson Blvd<br>Suite 1000<br>Chicago, IL 60604-2863 | (p)OFFICE OF THE ATTORNEY GENERAL OF GEORGIA<br>BUSINESS AND FINANCE BANKRUPTCY<br>40 CAPITOL SQUARE SW<br>ATLANTA GA 30334-9057 | Office of the United States Trustee<br>75 Ted Turner Dr Sw<br>Atlanta, GA 30303-3315 |
| Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | (p)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 | REPUBLIC FINANCE, LLC |
| SYNCB/CARE CREDIT<br>PO BOX 960061<br>Orlando, FL 32896-0061 | SYNCB/CARECR<br>C/O PO BOX 965036<br>ORLANDO, FL 32896-0001 | SYNCB/CCPPBY<br>C/O PO BOX 965036<br>ORLANDO, FL 32896-0001 |
| SYNCB/WALMART<br>Po Box 530927<br>Atlanta, GA 30353-0927 | K. Edward Safir<br>Standing Chapter 13 Trustee<br>Suite 1600<br>285 Peachtree Center Ave. NE<br>Atlanta, GA 30303-1259 | Special Assistant U.S. Attorney<br>401 W. Peachtree Street, NW, STOP 1000-D<br>Atlanta, GA 30308 |
| THD/CBNA<br>701 E 60th St N<br>Sioux Falls, SD 57104-0432 | Town Village Homeowners Association, Inc<br>303 Corporate Center Dr<br>Suite 300 A<br>Stockbridge, GA 30281-6303 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 |
| VERIZON WIRELESS<br>P.O. Box 660108<br>Dallas, TX 75266-0108 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CHASE BANK USA, NA<br>PO Box 15298<br>Wilmington, DE 19850 | CarMax Auto Finance dba CarMax Business Serv<br>225 Chastain Meadows Court,<br>Suite 210<br>Kennesaw, GA 30144 | (d)CarMax Funding Services, LLC<br>CarMax Auto Finance<br>Attn: Bankruptcy Department<br>225 Chastain Meadows Court,  Ste 210<br>Kennesaw, GA 30144 |

| | | |
|---|---|---|
| Department of Justice, Tax Division<br>75 Ted Turner Drive SW<br>Civil Trial Section, Southern<br>Atlanta, GA 30303 | FARMERS HOME FURNITURE<br>PO BOX 1140<br>DUBLIN, GA 31040 | Henry County Tax Commissioner<br>140 Henry Parkway<br>McDonough, GA 30253 |
| (d)Henry County Tax Commissioner<br>140 Henry Parkway<br>Mcdonough, GA 30253 | Office of the Attorney General - Atlanta<br>40 Capitol Sq Sw<br>Attn: Karrollanne K. Cayce<br>Atlanta, GA 30334 | REPUBLIC FINANCE<br>4450 Hugh Howell Rd Ste 15<br>Tucker, GA 30084 |
| (d)Republic Finance, LLC<br>282 Tower Rd<br>Ponchatoula, La 70454 | End of Label Matrix<br>Mailable recipients    51<br>Bypassed recipients     0<br>Total                  51 | |